Kurt Perkins, Boonville, MO, for Appellant Acting Pro Se

Andrew Crane, Jefferson City, MO, Counsel for Respondent

Before Division Two: Thomas H. Newton, P.J., James Edward Welsh, and Karen King Mitchell, JJ.

## ORDER

Per Curiam

Mr. Kurt A. Perkins appeals a judgment denying his request for jail-time credit for time imprisoned while awaiting a trial for murder. He asserts that he is entitled to jail-time credit because he met the requirements of section 558.031.1(a), warranting him credit for time imprisoned while awaiting trial on a separate offense.

For reasons stated in the memorandum provided to the parties, the judgment of the trial court is affirmed in accordance with Rule 84.16(b).

---

**Kurt A. PERKINS, Appellant,**

v.

**George LOMBARDI, Respondent.**

**WD 80097**

Missouri Court of Appeals, Western District.

April 25, 2017

Application for Transfer to Supreme Court Denied May 25, 2017